**Order entered February 6, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00515-CR

### GILBERT LAMON CLEVELAND, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-51262-K**

## ORDER

Before the court is the State's February 4, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief, received by the court on February 4, 2020, filed as of the date of this order.

/s/     CORY L. CARLYLE
JUSTICE